RECEIVED
2005 JUL -7 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Case Number _____

ID ____ YR ____ NUMBER ____
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

Johnny Grace
_____
(Petitioner)

vs.

State of Alabama
_____
(Respondent(s))

1:05cv634-F

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Johnny Grace, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____ N/A _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____ N/A _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

   Yes _____    No ✓

   b. Rent payments, interest, or dividends?

   Yes _____    No ✓

   c. Pensions, annuities, or life insurance payments?

   Yes _____    No ✓

   d. Gifts or inheritances?

   Yes _____    No ✓

   e. Any other sources?

   Yes _____    No ✓

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____   No ✓_____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____   No ✓_____

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on  6-23-05
   _____(Date)_____

   _Johnny Grace 227166_
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ .02 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Ventress_ institution:

_Computed monthly balances attached_

6/27/05
DATE

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
CLAYTON, AL 36016

AUTHORIZED OFFICER OF INSTITUTION

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                        VENTRESS CORR FAC

   AIS #: 227106      NAME: GRACE, JOHNNY C JR         AS OF: 06/27/2005

                   # OF         AVG DAILY        MONTHLY
           MONTH   DAYS          BALANCE         DEPOSITS
   ─────────────────────────────────────────────────────────────────────

           JUN      3             $6.35           $25.00
           JUL     31             $3.96          $100.00
           AUG     31             $0.57           $50.00
           SEP     30             $0.66           $65.00
           OCT     31             $0.23           $30.00
           NOV     30             $0.07           $55.00
           DEC     31             $2.52           $40.00
           JAN     31             $1.21            $0.00
           FEB     28             $7.76          $195.00
           MAR     31             $1.31           $85.00
           APR     30             $2.64           $85.00
           MAY     31             $0.19           $22.00
           JUN     27             $0.12           $20.00
```