| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Autra Guice* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Autna Guice*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>J. C. Giles, Warden<br>Ventress Correctional Facility<br>P.O. Box 767<br>Clayton, AL 36016-0767 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>1:05CV 634-F<br>pt o |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 3034 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540