**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130-0152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): Givner
C. Date of Delivery: 7/14/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   1:05CU634-F
   P+O

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7005 1160 0001 3017 3041

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540