117

| | |
|---|---|
| STATE OF ALABAMA<br>UNIFIED JUDICIAL SYSTEM | CASE NUMBER<br>CC-2002-0205 |

## JURY VERDICT

### IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

PLAINTIFF / STATE          VS          DEFENDANT: JOHNNY C. GRACE, JR

We, the Jury, find the defendant, Johnny C. Grace, Jr., guilty of Robbery, 1st Degree as charged in the indictment.

_Richard Money_
Name of Foreman (please print)

_Richard Money_
Foreman Signature

Date Filed  10-17-02

_Annie Burdeau_
Clerk of Circuit Court

EXHIBIT 14

118

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM

CASE NUMBER
CC-2002-0206

## JURY VERDICT

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

PLAINTIFF / STATE          VS          DEFENDANT: JOHNNY C. GRACE, JR

We, the Jury, find the defendant, Johnny C. Grace, Jr., guilty of Robbery, 1st Degree as charged in the indictment.

Richard Money
Name of Foreman (please print)

Richard Money
Foreman Signature

Date Filed 10-17-02

Connie Burdeshaw
Clerk of Circuit Court

IN THE CIRCUIT COURT OF HENRY COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NOS. CC-2002-205 and 206 |
| JOHNNY C. GRACE, JR., | ) |
| DEFENDANT. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PRESENTENCE REPORT

COME NOW Defendant, who having been found guilty of _Robby 1 (2 cants)_, respectfully request that a written presentence report be completed and considered by this Honorable Court prior to the sentencing of Defendant pursuant to A.R.Cr.P. 26.3.

RESPECTFULLY SUBMITTED this 17th day of October, 2002.

_____
GREGORY A. DaGIAN
Attorney for Defendant
406 Dothan Rd., Ste. B
Abbeville, AL 36310
(334) 585-1394, FAX 585-1395

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon the Assistant District Attorney for the Twentieth Judicial Circuit by hand delivery this 17th day of October, 2002.

_____
GREGORY A. DaGIAN

Filed 10-17-02
C. Burdeshaw
Clerk

174

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-2002-0205 |

Style: Johnny C. Grace, Jr.

Page Number ____ of ____ Pages

### ACTIONS, JUDGMENTS, CASE NOTES

| DATE | |
|---|---|
| 1-23-02 | The Court adjudges the Defendant guilty of **Robbery 1st**. The Defendant and his Attorney being in open Court and being asked by the Court if he has anything to say why the sentence of Law should not be pronounced upon him says nothing. It is therefore considered by the Court and it is the judgement and sentence of the Court that this Defendant be imprisoned in the penitentiary of the State of Alabama for a period of **99 years**. Defendant is further ordered to pay a fine of **5000.00** restitution in the amount of _____ to _____ and a victim compensation assessment of **500.00**. Defendant is given credit for days spent incarcerated pending trial. /s/ Judge |
| 2-18-03 | Motion for restitution and amendment to previous motion filed by N. Bundy |
| 3-7-03 | All motions denied. /s/ J. Hale, Judge |

EXHIBIT 1A

175

```
                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2002 000206.00
   R0372              CASE ACTION SUMMARY
OPER: GYE               CIRCUIT CRIMINAL              RUN DATE: 04/05/2002
PAGE:  1
                                                           JUDGE: OLH
==================================================================================
IN THE CIRCUIT COURT OF   HENRY
                                         VS     GRACE JOHNNY C JR
STATE  OF  ALABAMA                              RT 1 BOX 15
                                                COUNTY ROAD 42 EAST
CASE: CC 2002 000206.00                         ABBEVILLE, AL 36310 0000
==================================================================================
DOB: 02/07/1974       SEX: M RACE: B HT: 5 10 WT: 205   HR: BLK EYES: BRO
SSN: 420852307 ALIAS NAMES:
==================================================================================
CHARGE01: ROBBERY 1ST            CODE01: ROB1  LIT: ROBBERY 1ST    TYP: F #: 001
OFFENSE DATE: 12/16/2001                 AGENCY/OFFICER: 0370000 HORNSBY
                                         DATE ARRESTED: 01/23/2002
DATE WAR/CAP ISS:                        DATE    FILED: 04/05/2002
DATE     INDICTED: 03/28/2002            DATE  HEARING:
DATE     RELEASED:                            SURETIES:
BOND       AMOUNT: $1,000,000.00
DATE 1: 04/26/2002  DESC: ARRG            TIME: 0900 A
DATE 2:             DESC:                 TIME: 0000
TRACKING NOS: GJ 2002 000153 00  /  CC 2002 000054 00  /
     DEF/ATY: DAGIAN GREGORY A      TYPE: A                            TYPE:
              406 DOTHAN RD
              SUITE B
              ABBEVILLE     AL 36310                        00000

   PROSECUTOR: VALESKA DOUGLAS A
==================================================================================
                                                          GRAND JURY: 153
OTH CSE: GJ20020001530O CHK/TICKET NO:
COURT REPORTER:                      BID NO:   00000000         OPER: GYE
DEF STATUS: JAIL                     DEMAND:
==================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
==================================================================================
```

4-25-02  Motions to dismiss or preclude
         multiple conviction or
         punishments filed by G. Dagian

4-25-02  Motion for speedy trial filed
         by G. Dagian    [signature]

This day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the _a subsequent_
term of Court. Defendant is granted __32__ days to file any
additional pleas or motions.   [signature]
                                       JUDGE

5-3-02  Granted. Set off next
        try docket. [illegible]

| State of Alabama Unified Judicial System  Form C-7  Rev 2/79 | CASE ACTION SUMMARY CONTINUATION | Case Number CC-02-206 |
|---|---|---|

Style: State vs Johnny C. Grace, Jr.   Page Number 2 of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-3-02 | Motion to Dismiss Denied /s/ Little, Judge |
| 5-10-02 | Motion to reconsider after hearing filed by D. Dagian |
| 5-31-02 | Order /s/ DLH |
| 8-2-02 | Motion to compel filed by D. Dagian |
| 8-9-02 | Response to motion to compel filed by N. Bundy |
| 8-15-02 | Order /s/ NLH |
| 9-12-02 | Motion to continue filed by N. Bundy |
| 9-12-02 | Objection to motion to continue filed by D. Dagian |
| 9-13-02 | Place on Judge Little's docket for Oct. No more continuances /s/ Little, Judge |

177

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC-02-204 |
|---|---|---|
| Form C-7   Rev 2/79 | | |

Style: Johnny C. Grace          Page Number 3 of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 10-9-02 | Request for Written notice in advance of trial filed by B. Dozier |
| 10-9-02 | Motion to suppress filed by B. Dozier. |
| 10-10-02 | Motion in limine to suppress inadmissible and/or prejudicial matters filed by B. Dozier |
| 10-11-02 | Notice to defendant pursuant to Rule 404B filed by D. Valeska |
| 10-11-02 | Notice of statistical states intent to enforce Sec. 13A-5-6 of the Code of Alabama filed by N. Bundy |
| 10-11-02 | Motions to suppress physical evidence filed by B. Dozier |
| 10-17-02 | Jury Verdict of Guilty of Robbery in the 1st degree. Pre-Sentence Ordered. Sentencing to be heard on Nov. 22, 2002 at 9 AM — No Bond — /s/ Judge |

178

| State of Alabama<br>Unified Judicial System | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br>CC-2002-0206 |
|---|---|---|
| Form C-7    Rev 2/79 | | |

Style: Johnny C. Grace        Page Number 4 of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | 10-17-02 #___<br>Defendant heretofore having been indicted and arraigned upon an indictment on a charge of Robbery, 1st and heretofore having plead not guilty thereto, issue joined on said plea. Therupon comes a jury of good and lawful men and women, to-wit, Richard Morey and eleven others, who being duly empannelled, sworn and charged by the Court according to law, before whom the trial of this cause was entered upon and continued from day to day and from time to time, said Defendant, Johnny C Grace, being in open Court with his attorney at each and every stage and during all the proceedings in this cause, now on this the 17 day of October, 10-2002 said jurors upon their oaths do say:<br>"WE, THE JURY, FIND THE DEFENDANT GUILTY OF Robbery 1st Degree AS CHARGED IN THE INDICTMENT."<br>_____<br>JUDGE |
| | 10-17-02 #___<br>in accordance with the verdict of the Jury, Defendant is hereby adjudged guilty of Robbery, 1st deg as charged in the indictment. Defendant being asked if he had anything to say why the sentence of law should not be pronounced upon him, the Defendant says nothing but pre-sentence report is requested by deft.<br>Hearing set for 11-22-2002, at 9:00 AM<br>_____<br>JUDGE |
| 10-24-02 | Amended motion for restitution filed by N. Bundy |
| 11-19-02 | Amended motion for restitution filed by N. Bundy |

179

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC-02-206 |
|---|---|---|
| Form C-7 Rev. 2/79 | | ID  YR  Number |

Style: Johnny C. Grace          Page Number 5 of ___ Pages

### ACTIONS, JUDGMENTS, CASE NOTES

| DATE | |
|---|---|
| 11-19-02 | Motion to order payment of Governor's reward filed by M. Bring |
| 11-22-02 | Motion for payment of Governor's Reward granted. Sentencing cont'd to 1-23-03 at 9 AM.  /s/ Steele, Judge |
| 12-3-04 | Request for restitution hearing filed by J.B. Dozier |
| 1-23-03 | Deft is sentenced to 99 yrs in the State Penitentiary, $5000 fine + $1500 VCF.  /s/ Steele, Judge |
| 3-7-03 | Motions for New Trial, etc. are denied.  /s/ Steele, Judge |
| 3- | |

180

| State of Alabama<br>Unified Judicial System<br><br>Form C-7   Rev 2/79 | CASE ACTION SUMMARY<br>CONTINUATION | Case Number<br><br>CC-2002-0206 |
|---|---|---|

Style: Johnny C. Grace, Jr.                    Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| | 1-23-02 |
| | The Court considers adjudges the Defendant guilty of |
| | _Robbery 1st_ |
| | The Defendant and his Attorney being in open Court and |
| | being asked by the Court if he has anything to say why the |
| | sentence of Law should not be pronounced upon him, says |
| | nothing. It is therefore considered by the Court and it is the |
| | judgement and sentence of the Court that this Defendant be |
| | imprisoned in the penitentiary of the State of Alabama for |
| | a period of _99 years_ |
| | Defendant is further ordered to pay a Fine of _5000.00_ |
| | restitution in the amount of _____ to _____ |
| | and a victim compensation assessment of _1500.00_ |
| | Defendant is given credit for days spent incarcerated pending |
| | trial. |
| | _[signature]_ |
| | JUDGE |

EXHIBIT