# IN THE SUPREME COURT OF ALABAMA

Billingsley
51243

January 16, 2004

**1030261**

Ex parte Johnny C. Grace, Jr. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Johnny C. Grace, Jr. v. State of Alabama) (Henry Circuit Court: CC02-205; CC02-206; Criminal Appeals : 021017).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

HARWOOD, J. - See, Brown, Woodall, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 16th day of January, 2004

Clerk, Supreme Court of Alabama



EXHIBIT
1G

/tr