IN THE CIRCUIT COURT OF __Henry__ COUNTY, ALABAMA

STATE OF ALABAMA,

VS.                                            CASE NO: __CL 2002-205 and 206__

__Johnny Grace__,
      Defendant,

### MOTION FOR NUNC PRO TUNC ORDER

COMES NOW, __Johnny Grace__, AIS # __727106__, Pro-Se, in the above styled Cause, and pursuant to the A.R.CR.P. Rule 26.12 [c] respectfully Moves this Honorable Court to issue a **NUNC PRO-TUNC ORDER**, in support of same, the Defendant would state the following in support:

1. On the __25__ day of __January__, __2002__ the Defendant was sentenced to a term of __198__ Years for the charge of __Robbery__ For Case No: __CL 2002-205 and 206__

2. On the __10__ day of __October__, __2002__, Defendant was sentenced to a term of __20__ Years, for the charge of __Robbery 1st Burglary 1st__. Case No: __CC 0271__ in the County of __Barbour__, Alabama.

3. This Honorable Court ran Case No: __CL 2002-205 and 206__ Consecutively with Case No: __CC-0271__, for the total term of __218__ Years to be served.

Defendant is respectfully requesting that this Honorable Court run both said sentenced **CONCURRENTLY** with each other, leaving the Defendant with a total term of __99__ Years.

This would in no way Harm the State of Alabama, yet at the same time would allow the Defendant an opportunity to have somewhat of a chance to have a reasonable expectation of Release, and at the same time, this would allow the Defendant the opportunity to possibly be eligible for a Lower Level Prison, and or Work Release.

EXHIBIT 20

Defendant would state, that he has done his utmost best to stay out of trouble and yet keep a clear Disciplinary Record, Behavior Record.

WHEREFORE, Defendant Respectfully requests that this Honorable Court issue forth such an Order GRANTING said NUNC PRO-TUNC ORDER, and at the same time Notify CENTRAL RECORDS OF THE ALABAMA DEPARTMENT OF CORRECTIONS of said Order.

DATED: August 2, 2004.

Respectfully Submitted,

_Johnny Grace_
DEFENDANT'S NAME

227106 / 43 / 10B
AIS # / BED # / DORM

VCF P.O. Box 767
ADDRESS

Clayton AL 36016
CITY / STATE / ZIP CODE



- 2 -