IN THE CIRCUIT COURT FOR _Henry_ _____ COUNTY, ALABAMA

_Johnny Grace_ _____
     Petitioner,

                                    CASE NO: _CC-02-205 +206_

VS.

STATE OF ALABAMA,
_Henry_ _____ County,

## MOTION FOR RECONSIDERATION OF SENTENCE AND STRUCTURE

COMES NOW, _Johnny Grace_ _____, Pro-Se Petitioner in the above styled and Numbered Cause, who hereby Moves this Honorable Court to Review and give Reconsideration of Sentence to this Petitioner for the following reasons:

### JURISDICTION

A)  Code of Alabama 1975 15-18-8, Alabama Split Sentence Act.

B)  Code of Alabama 1975 15-22-50, Authority of any Circuit or District Court to Suspend Sentence and Place Convicted person on Probation.

### STATEMENT OF FACTS

1.  The Petitioner was sentenced on _January 23, 2002_ to a term of _198_ Years, and has now served _2 yrs   9mths_.

2.  Petitioner has accomplished the following while Incarcerated:
    _SAP, Anger Management, 9mths After care in faith based structure dorm, no-disiplinaries_

EXHIBIT
_2E_

NOV 2004
FILED IN OFFICE
CIRCUIT CLERK
HENRY COUNTY, AL
3126

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS _26_ DAY OF _October_ 20_04_. I

SERVED A COPY OF THIS THE FOREGOING (INCLUDING EXHIBITS), ON THE PLAINTIFFS

BY PLACING SAID COPY IN THE UNITED STATES MAIL, FIRST CLASS, POSTAGE PREPAID

AND ADDRESSED AS FOLLOW:  District Attorney and
Circuit Clerk of _Henry_____ County, Al.

Respectfully Submitted,

_Johnny Grace_____

AIS# _227106_    Dorm _3017J_

Ventress Correctional Facility

P.O. BOX  767

Clayton, Alabama    36016

–3–

3. Petitioner would show, that he has a sound home and job plan, and has put his past mistakes behind him and is asking for the opportunity to prove that he can be a productive member of society.

## RELIEF SOUGHT

Petitioner would respectfully request that this Honorable Court, review the accomplishments that this Petitioner has and Modify, Amend or Suspend the originally imposed sentence of _104_ Years to a term of _Split sentence and/or banishment from state_, with credit for all time served and to be Concurrent with any sentences he may be serving.

THEREFORE, for the reason's stated herein, this Petitioner prays for the relief sought at this time.

Respectfully Submitted,

_Johnny Grace_

DATED: _October 26_, 2004

AIS# _227106_ dorm _3D17T_
Ventress Correctional Facility

P.O. Box 767

Clayton, Al. 36016

- 2 -