| Case Number |
| --- |
| CC 02-205 |
| ID    YR    Number |

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**
CONTINUATION

Form C-7 Rev. 2/79

Style: _State of AL VS Johnny C. Grace, Jr._

Page Number ____ of ____ Pages

ACTIONS, JUDGMENTS, CASE NOTES

| DATE | |
| --- | --- |
| 11-1-04 | Motion for Reconsideration of Sentence and Structure filed by Johnny Grace. |
| 11/5/04 DA/DA | Motion for Reconsideration denied. J. ___ Judge |
| 11-15-04 | Certificate of Judgment from the AL Court of Criminal Appeals filed. |
| 1-19-05 | Petition for relief from sentence conviction or sentence filed by defendant |
| 1-25-05 DA/SG | State has 14 days to respond. ___ Judge |
| 2-2-05 | Motion for Summary Disposition filed by Douglas Albert Valeska, DA |
| 2-4-05 DA/DA | Motion is granted. Case is dismissed. ___ Judge |

EXHIBIT
3B
PENGAD 800-631-6989

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | CC 02 0206 |
| | | ID    YR    Number |

Style: State of AL Vs Johnny C. Grace Jr.    Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 8-10-04 | Motion for Nunc Pro Tunc Order filed by Johnny Grace. |
| 8-18-04 | Motion is denied — /s/ Judge |
| 10-25-04 | Court of Criminal Appeals Memorandum - Appeal affirmed filed. |
| 11-1-04 | Motion for Reconsideration of Sentence and Structure filed by Johnny Grace. |
| 11-5-04 | Motion denied. /s/ Judge |
| 11-15-04 | Certificate of Judgment from the 1st Court of Criminal Appeals filed. |
| 1-19-05 | Petition for relief from Sentence/Conviction or sentence filed by defendant. |
| 1-25-05 | State has 14 days to respond - /s/ Judge |
| 2-2-05 | Motion for Summary Disposition filed by Douglas Albert Valeska, DA. |
| 2-4-05 | Motion is granted. Case is dismissed. /s/ Judge |