**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

RE:   Johnny C. Grace, Jr. V. J. C. Giles et al
      Civil Action No. 1:05cv00634-MEF

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 1:05cv00634-WKW. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk