IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY C. GRACE, JR., #227106, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-cv-634-WKW |
| | ) | (WO) |
| J.C. GILES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On May 3, 2006, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED; and

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of June, 2006.

                                       /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE